B6F (Official Form 6F) (12/07)

In re **Tamara Sue Crews**, Case No. **12-31264**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Allied Cash Advance**<br>**6845 Forest Hill Avenue**<br>**Richmond, VA 23225** | | - | **2011**<br>**Cash Advance** | | | | **646.00** |
| Account No. **xxxx7280**<br><br>**Allied Credit/Alliance One**<br>**Attn: Bankruptcy**<br>**Po Box 2449**<br>**Gig Harbor, WA 98335** | | - | **Opened 8/01/06**<br>**CollectionAttorney United States Postal Service** | | | | **67.00** |
| Account No. **xxxxxxxxxxxxQQQQ**<br><br>**Amca/American Medical Coll Agency**<br>**4 West Chester Plaza**<br>**Elmsford, NY 10523** | | - | **Med1 Lc3 Laboratory Corp Of Americ** | | | | **720.00** |
| Account No. **xxxxxxxxxxxxQQQQ**<br><br>**Amca/American Medical Coll Agency**<br>**4 West Chester Plaza**<br>**Elmsford, NY 10523** | | - | **Med1 Lc3 Laboratory Corp Of Americ** | | | | **440.00** |

___9___ continuation sheets attached

Subtotal (Total of this page) **1,873.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Tamara Sue Crews**, Case No. **12-31264**
Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxxQQQQ** <br><br>**Amca/American Medical Coll Agency** <br>**4 West Chester Plaza** <br>**Elmsford, NY 10523** | | - | **Med1 Lc3 Laboratory Corp Of Americ** | | | | **399.00** |
| Account No. **xxx xxxx8953** <br><br>**Asset Acceptance** <br>**Po Box 2036** <br>**Warren, MI 48090** | | - | **Chase Bank/ Heritage First USA** | | | | **9,320.40** |
| Account No. **xxxxxxxxxxxx7246** <br><br>**Berks Cc** <br>**P.o. Box 329** <br>**Temple, PA 19560** | | - | **Med1 02 Bonsecours Physicians Practi** | | | | **160.00** |
| Account No. **xxxxxxxxxxxx5621** <br><br>**Berks Cc** <br>**P.o. Box 329** <br>**Temple, PA 19560** | | - | **Med1 02 Bonsecours Physicians Practi** | | | | **148.00** |
| Account No. **xxxxxxxxxxxx5622** <br><br>**Berks Cc** <br>**P.o. Box 329** <br>**Temple, PA 19560** | | - | **Med1 02 Bonsecours Physicians Practi** | | | | **104.00** |

Sheet no. **1** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **10,131.40**

In re **Tamara Sue Crews**, Case No. **12-31264**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx5050**<br><br>**Bon Secours**<br>**Richmond Health Systems**<br>**P. O . Box 404893**<br>**Atlanta, GA 30384-4893** | - | | **2009-2011**<br>**medical** | | | | **1,870.77** |
| Account No.<br><br>**Cash-2-U**<br>**6100 Midlothian Turnpike**<br>**Richmond, VA 23225** | - | | **2011**<br>**Cash Advance** | | | | **646.00** |
| Account No. **xxxxxxxxxxxxx5415**<br><br>**Cbe Group**<br>**1309 Technology Pkwy**<br>**Cedar Falls, IA 50613** | - | | **Opened 10/01/07**<br>**CollectionAttorney Mci Cnld** | | | | **26.00** |
| Account No. **xxxxxxxxxxx2894**<br><br>**Ccs/cortrust Bank**<br>**500 E 60th St N**<br>**Sioux Falls, SD 57104** | - | | **Opened 2/01/08  Last Active 12/28/11**<br>**CreditCard** | | | | **332.00** |
| Account No. **xxxxxx0019**<br><br>**Charlottesville Bureau**<br>**Pob 6220**<br>**Charlottesvill, VA 22911** | - | | **Opened 8/01/09**<br>**CollectionAttorney Commonwealth Lab Consultants** | | | | **120.00** |

Sheet no. **2** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **2,994.77**

In re **Tamara Sue Crews**, Case No. **12-31264**
                                          Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxx453O<br><br>**Cntry Door**<br>**1112 7th Ave**<br>**Monroe, WI 53566** | | - | **Opened 10/01/06 Last Active 5/05/08**<br>**ChargeAccount** | | | | 328.00 |
| Account No. 4124<br><br>**Commonwealth Eye Care Associat**<br>**10431 Patterson Avenue**<br>**Henrico, VA 23238** | | - | **2010**<br>**medical** | | | | 224.00 |
| Account No. xxxxx-xCWR1<br><br>**Commonwealth Radiology**<br>**1508 Willow Lawn dr.**<br>**Ste. 102**<br>**Richmond, VA 23230** | | - | **2011**<br>**medical** | | | | 970.00 |
| Account No. xxxxxxxxxxxx3012<br><br>**First Premier Bank**<br>**601 S Minnesota Ave**<br>**Sioux Falls, SD 57104** | | - | **Opened 1/01/02 Last Active 4/03/06**<br>**CreditCard** | | | | 542.00 |
| Account No. xxxxxxxxxxxx1286<br><br>**Fncc/Legacy Visa**<br>**Attn: Bankruptcy**<br>**Po Box 5097**<br>**Sioux Falls, SD 57117** | | - | **Opened 8/01/08 Last Active 12/28/11**<br>**CreditCard** | | | | 372.00 |

Sheet no. **3** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **2,436.00**

In re **Tamara Sue Crews**, Case No. **12-31264**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx0643** <br><br>**Focused Recovery Solut**<br>**9701 Metropolitan Ct Ste**<br>**North Chesterfield, VA 23236** | | - | **Opened 5/01/09**<br>**CollectionAttorney Neurological Associates Inc  A** | | | | **39.00** |
| Account No. **xxxxxxxxxxxx7328** <br><br>**Hsbc Bank**<br>**Attn: Bankruptcy**<br>**Po Box 5213**<br>**Carol Stream, IL 60197** | | - | **Opened 9/01/10  Last Active 1/04/12**<br>**CreditCard** | | | | **393.00** |
| Account No. **xxxxxx9001** <br><br>**Ic Systems Inc**<br>**Po Box 64378**<br>**St. Paul, MN 55164** | | - | **Opened 11/01/08**<br>**CollectionAttorney Stony Point Surgery Center** | | | | **360.00** |
| Account No. **xxxxxxx9001** <br><br>**Ic Systems Inc**<br>**Po Box 64378**<br>**St. Paul, MN 55164** | | - | **Opened 10/01/11**<br>**CollectionAttorney Gastrointestinal Specialists** | | | | **81.00** |
| Account No. **xxxxxx9001** <br><br>**Ic Systems Inc**<br>**Po Box 64378**<br>**St. Paul, MN 55164** | | - | **Opened 1/01/09**<br>**CollectionAttorney Stony Point Surgery Center** | | | | **77.00** |

Sheet no. **4** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **950.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Tamara Sue Crews**, Case No. **12-31264**
Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx2450**  **Labcorp**  **PO Box 2240**  **Burlington, NC 27216-2240** | - | | **medical** | | | | **720.14** |
| Account No. **xxxxxxxxxxxx0787**  **Lvnv Funding Llc**  **Po Box 740281**  **Houston, TX 77274** | - | | **Opened 1/01/09 Last Active 1/27/11**  **FactoringCompanyAccount ldt-Hsbcorchard Standard - Mcs** | | | | **2,528.00** |
| Account No. **xxxxxx5220**  **Midland Credit Mgmt In**  **8875 Aero Dr**  **San Diego, CA 92123** | - | | **Opened 8/01/08**  **FactoringCompanyAccount Bank Of America** | | | | **3,752.00** |
| Account No. **xxxxxx0164**  **Midland Credit Mgmt In**  **8875 Aero Dr**  **San Diego, CA 92123** | - | | **Opened 11/01/06**  **FactoringCompanyAccount Tribute Mastercard (1474)** | | | | **1.00** |
| Account No. **xxxx# xx0423**  **Midlothian Medical Care**  **3000 Watercove Road**  **Midlothian, VA 23112** | - | | **2009-2010**  **medical** | | | | **489.20** |

Sheet no. **5** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **7,490.34**

B6F (Official Form 6F) (12/07) - Cont.

In re **Tamara Sue Crews**, Case No. **12-31264**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx4001**<br><br>**Nco Fin /99<br>Po Box 15636<br>Wilmington, DE 19850** | | - | **Opened 5/01/11<br>CollectionAttorney 06 Nationwide Insurance** | | | | **195.00** |
| Account No. **xxxxx0070**<br><br>**Nco Fin /99<br>Po Box 15636<br>Wilmington, DE 19850** | | - | **Opened 12/01/10<br>CollectionAttorney 06 Nationwide Insurance** | | | | **123.00** |
| Account No. **xxx5104**<br><br>**Pellettieri<br>991 Oak Creek Dr<br>Lombard, IL 60148** | | - | **Med1 02 Bon Secours Richmond Health** | | | | **171.00** |
| Account No. **xxx5791**<br><br>**Pellettieri<br>991 Oak Creek Dr<br>Lombard, IL 60148** | | - | **Med1 02 Bon Secours Richmond Health** | | | | **126.00** |
| Account No. **xxx5050**<br><br>**Pellettieri<br>991 Oak Creek Dr<br>Lombard, IL 60148** | | - | **Med1 02 Bon Secours Richmond Health** | | | | **126.00** |

Sheet no. **6** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **741.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Tamara Sue Crews**, Debtor

Case No. **12-31264**

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx1752** <br><br> **Pellettieri** <br> **991 Oak Creek Dr** <br> **Lombard, IL 60148** | | - | **Med1 02 Bon Secours Richmond Health** | | | | **126.00** |
| Account No. **xxx1746** <br><br> **Pellettieri** <br> **991 Oak Creek Dr** <br> **Lombard, IL 60148** | | - | **Med1 02 Bon Secours Richmond Health** | | | | **126.00** |
| Account No. **xxx2774** <br><br> **Pellettieri** <br> **991 Oak Creek Dr** <br> **Lombard, IL 60148** | | - | **Med1 02 Bon Secours Richmond Health** | | | | **126.00** |
| Account No. **xxx5787** <br><br> **Pellettieri** <br> **991 Oak Creek Dr** <br> **Lombard, IL 60148** | | - | **Med1 02 Bon Secours Richmond Health** | | | | **107.00** |
| Account No. **xxx8212** <br><br> **Pellettieri** <br> **991 Oak Creek Dr** <br> **Lombard, IL 60148** | | - | **Med1 02 Bon Secours Richmond Health** | | | | **100.00** |

Sheet no. __7__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **585.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Tamara Sue Crews**, Case No. **12-31264**
                                Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. Husband, Wife, Joint, or Community | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxx9363<br><br>Pellettieri<br>991 Oak Creek Dr<br>Lombard, IL 60148 | | - | Med1 02 Bon Secours Richmond Health | | | | 93.00 |
| Account No. xxx9366<br><br>Pellettieri<br>991 Oak Creek Dr<br>Lombard, IL 60148 | | - | Med1 02 Bon Secours Richmond Health | | | | 4.00 |
| Account No. xxxxxxA679<br><br>Powhatan Medical Associates<br>P>O. Box 843356<br>Boston, MA 02284-3356 | | - | 2011<br>medical | | | | 116.92 |
| Account No. xxx3897<br><br>Prof Pl Svc<br>Attn: Crissy<br>Po Box 612<br>Milwaukee, WI 53201 | | - | Opened 8/01/11<br>CollectionAttorney Check Smart (5622) | | | | 1.00 |
| Account No. xxxxxxxxxxxxx7181<br><br>Receivable Management<br>7206 Hull Street Rd Ste<br>North Chesterfield, VA 23235 | | - | Opened 11/01/10<br>CollectionAttorney Medical Payment Data | | | | 724.00 |

Sheet no. **8** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **938.92**

B6F (Official Form 6F) (12/07) - Cont.

In re **Tamara Sue Crews**, Case No. **12-31264**
　　　　　　　　　　　　　　　Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxx1090<br><br>Rjm Acq Llc<br>575 Underhill Blvd Ste 2<br>Syosset, NY 11791 | | - | **Opened 10/01/08**<br>**FactoringCompanyAccount Target Stores - Retailers Nati** | | | | **75.00** |
| Account No. xxxxx4303<br><br>St. Francis Hospital<br>P O Box 79214<br>Baltimore, MD 21279 | | - | **3/14/2011**<br>**medical** | | | | **151.33** |
| Account No. xxxx0078<br><br>United Collect Bur Inc<br>5620 Southwyck Blvd Ste<br>Toledo, OH 43614 | | - | **Opened 3/01/11**<br>**CollectionAttorney Professional Emergency Care** | | | | **326.00** |
| Account No. xxxx8702<br><br>United Collect Bur Inc<br>5620 Southwyck Blvd Ste<br>Toledo, OH 43614 | | - | **Opened 12/01/10**<br>**CollectionAttorney Professional Emergency Care** | | | | **326.00** |
| Account No. xx1237<br><br>Virginia Surgical Associates<br>417 Libbie Ave.<br>Richmond, VA 23226 | | - | **2011**<br>**medical** | | | | **110.00** |

Sheet no. **9** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **988.33**

Total (Report on Summary of Schedules) **29,128.76**

# United States Bankruptcy Court
## Eastern District of Virginia

In re **Tamara Sue Crews**  
Debtor(s)

Case No. **12-31264**  
Chapter **13**

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

- ☐ Involuntary/Voluntary Petition *[Specify reason for amendment: ____]*  
  *Check if applicable:* ☐ Soc. Sec. No. amended. **[*If applicable*: An original, signed Official Form 21 was marked/hand-delivered to the Clerk's office on _____.*]**
- ☐ Summary of Schedules (Includes Statistical Summary of Certain Liabilities and Related Data)
- ☐ Schedule A - Real Property
- ☐ Schedule B - Personal Property
- ☐ Schedule C - Property Claimed as Exempt
- ☒ **Schedule D, E, or F, and/or list of Creditors or Equity Holders** - REQUIRES COMPLIANCE WITH LOCAL RULE 1009-1 *($30.00 fee required if adding or deleting pre-petition creditors, changing amounts owed or classification of debt.)* **Check applicable statement(s):**
  - ☒ Creditor(s) added    ☐ Creditor(s) deleted
  - ☐ Change in amounts owed or classification of debt
  - ☐ No pre-petition creditors added/deleted, or amounts owed or classification of debt changed. [Docket: Amended Schedule(s) and/or Statement(s), List(s)-NO FEE]
  - ☐ Post-petition creditors added (Schedule of Unpaid Debts)
  - **REMINDER: Conversion of Chapter 13 to Chapter 7 - only file Schedule of Unpaid Debts.**
- ☐ Schedule G- Executory Contracts and Unexpired Leases
- ☐ Schedule H - Codebtors
- ☐ Schedule I - Current Income of Individual Debtor(s)
- ☐ Schedule J - Current Expenditures of Individual Debtor(s)

**[NOTE: The form "NOTICE TO CREDITOR(S) (RE AMENDMENT)" is still required when adding or deleting creditors. *Amendment of debtor(s) Social Security Number requires that a hard copy of this cover sheet together with a completed Official Form 21 - Statement of Social Security Number(s) be submitted to the Clerk's Office for entry of the amended Social Security Number into the Court's database. ]**

- ☐ Statement of Financial Affairs
- ☐ Chapter 7 Individual Debtor's Statement of Intention
- ☐ Chapter 11 List of Equity Security Holders
- ☐ Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
- ☐ Disclosure of Compensation of Attorney for Debtor
- ☐ Other: ____

### NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the United States Trustee, the trustee in this case, and to any and all entities affected by the amendment as follows: ____.

Date: **October 16, 2012**

**/s/ Nnika E. White, Esq.**  
Attorney for Debtor(s) [or *Pro Se* Debtor(s)]  
State Bar No.: **47012**  
Mailing Address: **The Law Offices of White & Associates, PC**  
**2505 Pocoshock Place**  
**Suite 301**  
**Richmond, VA 23235**  
Telephone No.: **(804) 377-9431**

I, **Tamara Sue Crews** certify under penalty of perjury that the amended forms herein are accurate and true to the best of my knowledge and belief.

Date: **October 16, 2012**    **/s/ Tamara Sue Crews**

[amendcs ver. 11/11]

# United States Bankruptcy Court
## Eastern District of Virginia

| | |
|---|---|
| In re **Tamara Sue Crews** | Case No. **12-31264** |
| Debtor(s) | Chapter **13** |

**TO:**

| | |
|---|---|
| **Midlothian Medical Care**<br>**3000 Watercove Road**<br>**Midlothian, VA 23112** | **Virginia Surgical Associates**<br>**417 Libbie Ave.**<br>**Richmond, VA 23226** |

## NOTICE TO CREDITOR(S) (RE AMENDMENT)

NOTICE IS HEREBY GIVEN that an amendment to the above-captioned debtor's schedules has been filed

☒ adding you as a creditor,
☐ deleting you as a creditor,
☐ correcting your address

A copy of the amendment is forwarded to you together with this notice.

*[If amendment is adding creditor(s)]* NOTICE IS FURTHER GIVEN that also forwarded to you together with this notice is a copy of the notice of the meeting of creditors called by the United States Trustee pursuant to Federal Rule of Bankruptcy Procedure 2003, giving the particulars of the case and stating the last date for the filing of claims *(if any was given)*, for filing complaints objecting to the discharge and complaints to determine the dischargeability of certain debts; a copy of the discharge of the debtor, *if one has been entered,* a subsequent notice to file claims, *if one has been issued,* and any other filed document affecting the rights of the added creditor(s).

**Tamara Sue Crews**

| | |
|---|---|
| Date: **October 16, 2012** | By **/s/ Nnika E. White, Esq.**<br>Attorney for Debtor [or *Pro Se* Debtor]<br>State Bar No.: **47012**<br>Address: **The Law Offices of White & Associates, PC**<br>**2505 Pocoshock Place**<br>**Suite 301**<br>**Richmond, VA 23235**<br>Telephone No.: **(804) 377-9431** |

## CERTIFICATION

I certify that on **October 16, 2012**, I served a copy of the foregoing notice on the United States Trustee, any appointed trustee, and any and all entities affected by the amendment pursuant to Local Bankruptcy Rule 1009-1(A).

**/s/ Nnika E. White, Esq.**
**Nnika E. White, Esq. 47012**
Attorney for Debtor [or *Pro Se* Debtor]

## United States Bankruptcy Court
### Eastern District of Virginia

In re  **Tamara Sue Crews**                                                                 Case No.  **12-31264**
Debtor(s)                                                                                           Chapter  **13**

**AMENDED**
**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

I certify under penalty of perjury that the foregoing is true and correct.

Date  **October 16, 2012**                    Signature  **/s/ Tamara Sue Crews**
                                                         **Tamara Sue Crews**
                                                         Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571